# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D20-2384

_____

DENNIS CHRISTENSEN,

Petitioner,

v.

DEPT. OF CORRECTIONS,

Respondent.

_____

Petition for Writ of Certiorari—Original Jurisdiction.

September 21, 2020

PER CURIAM.

The petition for writ of certiorari is denied without prejudice to seeking relief in the circuit court. *Baldwin v. Crosby*, 905 So. 2d 250, 251 (Fla. 1st DCA 2005).

ROBERTS, OSTERHAUS, and JAY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Dennis Christensen, pro se, Petitioner.

Lance Eric Neff, General Counsel, Department of Corrections, Tallahassee, for Respondent.